IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

———————————————————— x
:
RBIDR, LLC, :
:
Plaintiff, :
:
v. : C.A. No. 14-764-RGA
:
AIRBNB, INC., :
:
Defendant. :
:
———————————————————— x

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their designated counsel, that all claims be, and hereby are, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own costs, expenses and legal fees.

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Stephen B. Brauerman | /s/ Jack B. Blumenfeld |
| Richard D. Kirk (DE Bar No. 922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (DE Bar No. 4952) | Julia Heaney (#3052) |
| 222 Delaware Avenue, Suite 900 | 1201 North Market Street |
| P.O. Box 25130 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 658-9200 |
| rkirk@bayardlaw.com | jblumenfeld@mnat.com |
| sbrauerman@bayardlaw.com | jheaney@mnat.com |
| *Attorneys for Plaintiff RBIDR, LLC* | *Attorneys for Defendant Airbnb, Inc.* |

Dated: November 3, 2014

**IT IS SO ORDERED**, this 4th day of November, 2014.

_____
The Honorable Richard G. Andrews